IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HENRY FOSTER, III, | No. 4:22-CV-00199 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEORGE NYE, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 20th day of October 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 18) for partial dismissal under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

    a. Foster's claims under the Religious Freedom Restoration Act, Fourteenth Amendment Due Process Clause, Section 1985(3), and Section 1988 are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

    b. Foster's claims for injunctive relief are **DISMISSED** as moot.

    c. Defendants' motion to dismiss is **DENIED** with respect to Foster's claim for punitive damages.

2. Defendants shall file an appropriate responsive pleading to Foster's complaint pursuant to the Federal Rules of Civil Procedure.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge