IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HENRY FOSTER, III, | No. 4:22-CV-00199 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEORGE NYE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 13th day of October 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 36) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff William Henry Foster, III, as to all remaining claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge